BENJAMIN B. WAGNER
United States Attorney
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

FILED

JUN 1 0 2011

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
           DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Search of: | 1:11-SW-00106 DLB |
| | ORDER TO UNSEAL SEARCH WARRANT |
| 525 S. Madera Avenue Apartment #114 Madera, California, | |

The search warrant in this case has been executed and no longer needs to remain secret, IT IS HEREBY ORDERED that the search warrant be unsealed and made public record.

Dated: 6/10/11                    _____
                                  U.S. Magistrate Judge